```
           UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 09833
   MICHAEL E. JERNIGAN
   JODI L JERNIGAN                              CHAPTER 13

                                                JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-8878     SSN XXX-XX-0822


------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 08/14/06 and confirmed on 12/13/06.

   2.  The case was dismissed after confirmation, 03/14/2008.

   3.  The Debtor paid a total of $  14450.00 .

   4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT      INTEREST         PRINCIPAL
                                                               PAID             PAID
------------------------------------------------------------------------------
WILSHIRE CREDIT CORP        CURRENT MORTG         .00              .00              .00
WILSHIRE CREDIT CORP        MORTGAGE ARRE     5558.50              .00          5558.50
FORD MOTOR CREDIT CO        SECURED               .00              .00              .00
JULIE BRUINUS               CHILD SUPPORT    18485.62              .00          3539.77
INTERNAL REVENUE SERVICE    PRIORITY         12309.52              .00          2357.13
JEFFERSON CAPITAL SYSTEM    UNSECURED          937.04              .00              .00
BMW FINANCIAL SERVICES      UNSECURED         6926.98              .00              .00
EDWARD HOSPITAL             UNSECURED        NOT FILED             .00              .00
TCF BANK                    UNSECURED        NOT FILED             .00              .00
INTERNAL REVENUE SERVICE    UNSECURED         2765.76              .00              .00
GE MONEY BANK               UNSECURED          820.00              .00              .00
        Summary of disbursements:
------------------------------------------------------------------------------
                   SECURED      PRIORITY    UNSECURED         OTHER           TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  5558.50     30795.14     11449.78           .00         47803.42
PRINCIPAL PAID      5558.50      5896.90          .00           .00         11455.40
INTEREST PAID           .00          .00          .00           .00              .00
TOTAL PAID          5558.50      5896.90          .00           .00         11455.40
The Debtor's attorney, JOHN A REED                    , was allowed $   3000.00
and was paid $    626.00  direct and $   2374.00  through the plan.

The Trustee received $     620.60 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 06/23/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```